BENJAMIN B. WAGNER
United States Attorney
ANDREW L. GRADMAN
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:12-cr-00228-AWI-DLB |
| ) | |
| Plaintiff, ) | STIPULATION TO VACATE STATUS |
| ) | CONFERENCE AND SET CHANGE OF PLEA |
| v. ) | HEARING; ORDER |
| ) | |
| ADOLFO GUEVARA-ZEPEDA, ) | DATE: **October 1, 2012** |
| ) | TIME: 10:00 a.m. |
| Defendant. ) | COURT: Judge Ishii, Courtroom 2 |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Andrew L. Gradman, Counsel for Plaintiff, and Patience Milrod, Counsel for Defendant Adolfo Guevara-Zepeda, that the status conference currently set for September 24, 2012, at 10:00 p.m., may be vacated and reset for change of plea before Judge Anthony Ishii on Monday, **October 1, 2012, at 10:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for

//

//

- 1 -  STIPULATION TO CONTINUE STATUS CONFERENCE
AND ORDER THEREON

effective defense preparation pursuant to 18 U.S.C. 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

<pre>
                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: September 19, 2012    By:    /s/ Andrew L. Gradman
                                    ANDREW L. GRADMAN
                                    Special Assistant U.S. Attorney


Dated: September 19, 2012    By:    /s/ Patience Milrod
                                    PATIENCE MILDROD
                                    Attorney For Defendant
</pre>

ORDER

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated: **September 20, 2012**          /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE